UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Ma Saw Win,

        Plaintiff(s),          20-cv-3671 (LAK)

v.

Dalia Elkomy,

        Defendant(s).
------------------------------x

ORDER

KAPLAN, District Judge.

        The November 5, 2020 conference is rescheduled as a teleconference on 12/1/2020 at 9:30 AM. The teleconference can be reached by calling 888-363-4749 and using access code 7664205.

Dated: November 19, 2020

                                              Lewis A. Kaplan
                                          United States District Judge