UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MA SAW WIN,

                         Plaintiff,

     -against-                                    20-cv-3671 (LAK)

DALIA ELKOMY; CONSULATE GENERAL OF
THE ARAB REPUBLIC OF EGYPT,

                        Defendant(s).
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       A telephonic pretrial status conference requiring counsel to call in via conference line was duly notice and scheduled for this morning. Plaintiff's counsel did not call in. The deputy clerk telephoned the attorney but received no answer although left a recorded message.

       This is the plaintiff's second action with respect to the claims made herein, the first having been discontinued without prejudice in order to afford plaintiff time within which to consider how to effect service of process. This action was filed almost two years ago and then transferred to this Court in May 2020. Service of process has not yet been effected.

       In view of the failure of plaintiff's counsel to appear for the conference and the prolonged dormancy of this action and its predecessor, this action is dismissed without prejudice for lack of prosecution.

       SO ORDERED.

Dated:     December 1, 2020

                                                      _____
                                                          Lewis A. Kaplan
                                                    United States District Judge